### JAMES *v.* JAMES.

.LUMPKIN, J.   Under the evidence there was no abuse of discretion in granting temporary alimony.

*Judgment affirmed. All the Justices concur.*
APRIL 18, 1913.

Temporary alimony.   Before Judge Rawlings.   Jenkins superior court.   July 30, 1912.

*William Woodrum,* for plaintiff in error.